UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAVE AND FREE SANTA CRUZ, et al., | No. 2:24-cv-02312-DAD-JDP |
| Plaintiffs, | |
| v. | ORDER DISMISSING ACTION |
| TOMAS J. ARAGON, et al., | (Doc. No. 50) |
| Defendants. | |

On August 12, 2025, the court issued an order granting defendants' motions to dismiss plaintiffs' first amended complaint (Doc. Nos. 19, 27, 28, 29.) (Doc. No. 48.) In that order the court dismissed the asserted claims on the grounds that the court lacks jurisdiction over them. (*Id.* at 10.) Plaintiffs were granted leave to amend. (*Id.* at 12–13.) Specifically, plaintiffs were directed to file either a second amended complaint or a notice of their intent not to do so within twenty-one (21) days from the date of entry of the court's order. (*Id.* at 13.) On August 21, 2025, plaintiffs filed a notice of their intent not to file a second amended complaint. (Doc. No. 50.)

Accordingly, the court reiterates that plaintiffs' claims asserted in their first amended complaint have been dismissed pursuant to Federal Rule of Civil Procedure 12 for the reasons stated in its August 12, 2025 order. (*See* Doc. No. 48.)

/////

1

1    The Clerk of the Court is directed to close this case.

2    IT IS SO ORDERED.

3    Dated: __**August 22, 2025**__                    *Dale A. Drozd*
4                                                                   DALE A. DROZD
                                                                    UNITED STATES DISTRICT JUDGE

2